JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ERNESTO PEREZ,<br><br>        Petitioner,<br><br>    v.<br><br>STU SHERMAN,<br><br>        Respondent. | Case No. LA CV 15-5696 SJO (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation to Dismiss Action as Untimely and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability.

September 14, 2015.

DATED: _____          _____

                                        HON. S. JAMES OTERO
                                  UNITED STATES DISTRICT JUDGE